IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

| Re | ) | |
|---|---|---|
| | ) | In Chapter 13 Proceeding |
| BRANDON DANIEL SCHOUTEN | ) | No. 18-43334-BDL |
| SOPHIA SCHOUTEN | ) | |
| | ) | |
| | ) | ORDER MAKING |
| Debtor(s) | ) | AUTOMATIC STAY PERMANENT |
| _____ | ) | |

It is herby ORDERED that the automatic stay shall not terminate 30 days after filing, but shall remain in force permanently during this case as to all creditors of the Debtor. This order does not prevent a creditor from filing for relief from stay for cause as otherwise provided for in the statute, but the stay will not automatically expire.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB27992
Attorney for Debtor(s)

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958