# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| Re )<br>)<br>BRANDON DANIEL SCHOUTEN )<br>SOPHIA SCHOUTEN )<br>)<br>)<br>Debtor(s) )<br>)<br>_____ ) | In Chapter 13 Proceeding<br>No. 18-43334-BDL<br><br>ORDER SHORTENING TIME AND SETTING HEARING ON MOTION TO MAKE AUTOMATIC STAY PERMANENT |

IT IS HEREBY ORDERED that the Debtor(s) motion to shorten time and limit notice is GRANTED.  The hearing on Debtor(s) motion to extend stay shall be heard at 1:30 pm on October 17, 2018 at the US Bankruptcy Court, Courtroom I, 1717 Pacific Ave, Tacoma, WA 98402.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB27992

ORDER TO SHORTEN TIME
1

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958